

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00331-CR

| | | |
|---|---|---|
| DANIEL YOUNGBLOOD, Appellant | § | On Appeal from the 355th District Court |
| | § | of Hood County (CR13611) |
| V. | § | June 27, 2019 |
| | § | Per Curiam |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The trial court's judgment, the incorporated order to withdraw funds, and the amended bill of costs are modified to delete cumulative costs of $262—$45 from the "Capias Warrant Fee," the entire "Conveying Witness Fee—Out of County" of $90, the entire "Restitution Fee" of $12, and $115 from the "Summoning Witness Fee"—leaving total amended costs at $424 without considering any payment by Appellant Daniel Youngblood. It is ordered that the

judgment of the trial court and the order to withdraw funds incorporated therein are affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM